192 So. 912

### Reggie DAVIS v. STATE.
#### 8 Div. 912.

Court of Appeals of Alabama.

Nov. 7, 1939.

636

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.